**Opinion issued March 12, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00270-CV

————————————

## RAFAEL ROSA, Appellant

## V.

## WASHINGTON INTERNATIONAL INSURANCE COMPANY, Appellee

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court Case No. CV-2017-03059

## MEMORANDUM OPINION

Appellant's brief was originally due December 10, 2018. On January 11, 2019, the court issued a notice advising appellant that unless the brief was filed within ten days, the appeal might be dismissed for want of prosecution. No brief or motion for extension was received.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.